Randolph THOMAS, Petitioner,

v.

**DEPARTMENT OF THE ARMY,** Respondent.

No. 04–3467.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2004.

ORDER

Petitioner having paid the required filing fee and having filed the required Statement Concerning Discrimination it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 60 days from the date of filing of this order.